No. A–779.  ROGGIO v. UNITED STATES.  Application for release on bond, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–814 (87–1625).  FLORIDA v. LONG.  Sup. Ct. Fla.  Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. D–661.  IN RE DISBARMENT OF SULLIVAN.  Disbarment entered.  [For earlier order herein, see 484 U. S. 941.]

No. D–671.  IN RE DISBARMENT OF CLINTON.  Disbarment entered.  [For earlier order herein, see 484 U. S. 1040.]

No. D–703.  IN RE DISBARMENT OF GUSSOW.  It is ordered that Irving B. Gussow, of Fern Park, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–704.  IN RE DISBARMENT OF PACIONE.  It is ordered that Albert P. Pacione, Jr., of Newburgh, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–705.  IN RE DISBARMENT OF SEAMAN.  It is ordered that Roger George Seaman, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–495.  K MART CORP. v. CARTIER, INC., ET AL.;
No. 86–624.  47TH STREET PHOTO, INC. v. COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and
No. 86–625.  UNITED STATES ET AL. v. COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL. C. A. D. C. Cir.  [Certiorari granted, 479 U. S. 1005.]  Motions of the Solicitor General and petitioners K mart Corp. and 47th Street Photo, Inc., for leave to file supplemental briefs on reargument granted.